UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

FILED
2025 APR 9
CLERK
U.S. DISTRICT COURT

_____
)
GEOFFREY A. THOMAS,                          )
    Plaintiff                                          )
)   Case Number.
v.                                                        )   2:24-MC-00181-RJS-JCB
)
JEFFERY SHIELDS and                          )
TEREL SHIELDS,                                   )
    Defendants                                     )   April 9th 2025
_____)


## DEFENDANTS' MOTION TO COMPEL DISCLOSURE OF SUBPOENAED BANK RECORDS

Defendant Jeffery Shields, appearing without a lawyer (pro se), respectfully asks the Court to order Plaintiff or Plaintiff's attorney to provide a copy of the subpoena sent to First Utah Bank and all documents the bank produced in response.

**Background:**
- Plaintiff issued a subpoena First Utah Bank for my bank records as part of enforcing a judgment.

My bank complied but told me they would not give me a copy and that Plaintiff's attorney would.

On April 3, 2025, Plaintiff's attorney confirmed that I would receive the documents but has not followed through despite the bank responding to Plaintiff's attorney on March 12th 2025 with the banking documents requested.

**Request:**
I am the subject of the subpoena and have a right to know what was requested and disclosed. I ask the Court to order Plaintiff or Plaintiff's attorney to provide:

1. A copy of the subpoena sent to First Utah Bank, and

2. All documents the bank provided in response.

1

**Supporting Rule:**
This motion is made under Utah Rule of Civil Procedure 37(a), which allows a party to ask the court to compel disclosure when the other side fails to provide information they are obligated to share.

Respectfully submitted,

    Respectfully submitted:
    DEFENDANT:
    JEFFERY SHIELDS

    /s/ Jeffery Shields
    Jeffery Shields, Pro Se
    32 Seville Dr
    Rancho Mirage, CA 92270
    email: jefferyshieldsefile@icloud.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was mailed this 9th day of April, 2025 to all counsel and *pro se* parties of record as follows:

Tanya N. Lewis (12363)
Tait A. Meskey (17495)
SNELL & WILMER L.L.P.
15 West South Temple Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101
Email: tlewis@swlaw.com
tmeskey@swlaw.com

                                                  /s/ Jeffery Shields
                                                  Jeffery Shields, Pro Se